[No. 15560-5-II. Division Two. July 28, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. JERRY
NATHAN HUNT, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap
County, No. 91-1-00525-5, James D. Roper, J., entered De-
cember 10, 1991. *Remanded* by unpublished opinion per
Seinfeld, J., concurred in by Morgan, C.J., and Houghton, J.

[No. 12988-8-III. Division Three. July 28, 1994.]

INTERSTATE PRODUCTION CREDIT ASSOCIATION,
*Appellant*, v. LYLE R. MACHUGH, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Frank-
lin County, No. 86-2-50125-1, Dennis D. Yule, J., entered
December 18, 1992. *Affirmed* by unpublished opinion per
Thompson, C.J., concurred in by Sweeney and Schultheis,
JJ.

[No. 30323-6-I. Division One. August 1, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM
HOWARD DAVIS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 91-1-03989-1, William L. Downing, J., entered
March 17, 1992. *Affirmed* by unpublished opinion per Agid,
J., concurred in by Webster, C.J., and Scholfield, J.

[No. 31563-3-I. Division One. August 1, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL
E. BELL, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 92-8-01073-1, Maurice M. Epstein, J. Pro Tem.,
entered September 10, 1992. *Affirmed* by unpublished per
curiam opinion.